IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| REBEKAH MARKHAM, | ) |
| Plaintiff, | ) ) ) Case No. 2:25-cv-00189-DCLC-CRW |
| v. | ) ) |
| EASTMAN CHEMICAL COMPANY, | ) ) |
| Defendant. | ) ) |

## LOCAL RULE 12.1 STIPULATION

Pursuant to Local Rule 12.1, Plaintiff Rebekah Markham and Defendant Eastman Chemical Company have stipulated that Defendant may have a 21-day extension of time to file its response to the Complaint in this matter. Defendant's current deadline to respond is December 22, 2025. With this stipulation, Defendant's deadline to file its responsive pleading will be January 12, 2026.

Respectfully submitted,

/s/ Luci L. Nelson_____
Luci L. Nelson, BPR # 036354
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
The Ogletree Building
300 N. Main St., Suite 500
Greenville, SC 29601
Telephone: 864-271-1300
luci.nelson@ogletree.com

*Attorneys for Defendant Eastman Chemical Company*

## CERTIFICATE OF SERVICE

       I hereby certify that on this the 9th day of December, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

David A. Burkhalter, II  
D. Alexander Burkhalter, III  
Zachary J. Burkhalter  
The Burkhalter Law Firm, P.C.  
P.O. Box 2777  
Knoxville, Tennessee 37901-2777

*Attorneys for Plaintiff*

                                                  /s/ Luci L. Nelson_____