# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| REBEKAH MARKHAM </br></br> *Plaintiff(s)* </br> v. </br></br> EASTMAN CHEMICAL COMPANY </br></br> *Defendant(s)* | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 2:25-cv-189 </br> ) </br> ) </br> ) </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eastman Chemical Company
c/o Registered Agent, United Agent Group, Inc.
5865 Ridgeway Center Parkway
Ste. 395
Memphis, TN 38120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Burkhalter, II
D. Alexander Burkhalter, III
Zachary J. Burkhalter
The Burkhalter Law Firm, P.C.
PO Box 2777
Knoxville, TN 37901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/7/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:25-cv-189

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Eastman Chemical Company__
was received by me on *(date)* __11/07/2025__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __United Agent Group__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Eastman Chemical Company__ on *(date)* __12/01/2025__ ; or See attached Proof of Service

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/17/2025__

_Ghippi Lee_
Server's signature

_Ghippi Lee / Paralegal_
Printed name and title

_po box 2777, Knoxville TN 37901_
Server's address

Additional information regarding attempted service, etc: