| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *C. Richmond* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): C. Richmond<br>C. Date of Delivery: 12-1-2025 |
| 1. Article Addressed to:<br>Eastman Chemical Company<br>c/o United Agent Group Inc.<br>5865 Ridgeway Center Parkway Ste. 395<br>Memphis, TN 38120 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 9590 9402 8483 3186 8861 64 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 1432 1607 96 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |