IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| REBEKAH MARKHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EASTMAN CHEMICAL COMPANY, )<br>)<br>Defendant. )<br>) | No. 2:25-cv-189 |

**ORDER**

Defendant Eastman Chemical Company has filed a Motion [Doc. 11] requesting a 21-day extension of their deadline to respond to Plaintiff's Complaint. In support, Defendants note that additional time is needed to complete due diligence in this matter, and that the extension will not prejudice any parties or the Court. Defendants have consulted counsel for Plaintiff who does not oppose the requested extension. The Court also notes that a scheduling order is not yet in place in this matter.

The Court finds that Defendant has demonstrated good cause for the requested extension and the Motion [Doc. 11] is **GRANTED**. Defendant shall have up to and including **February 2, 2026**, within which to respond to Plaintiff's Complaint.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge