IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| REBEKAH MARKHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-189 |
| ) | |
| EASTMAN CHEMICAL COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Defendant Eastman Chemical Company has filed a Motion [Doc. 13] requesting a 45-day extension of their deadline to respond to Plaintiff's Complaint. In support, Defendants note that additional time is needed to allow the parties to participate in a mediation. The parties have already selected a mediator and are in the process of determining a date and time to mediate. Defendants have consulted counsel for Plaintiff who does not oppose the requested extension. The Court also notes that a scheduling order is not yet in place in this matter.

The Court finds that Defendant has demonstrated good cause for the requested extension and the Motion [Doc. 13] is **GRANTED**. Defendant shall have up to and including **March 19, 2026**, within which to respond to Plaintiff's Complaint.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge