IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

REBEKAH MARKHAM,     )
     )
     Plaintiff,     )
     )
v.     )     No. 2:25-cv-189
     )
EASTMAN CHEMICAL COMPANY,     )
     )
     Defendant.     )
     )

**ORDER**

Defendant Eastman Chemical Company has filed a Third Motion for Extension of Time to Respond to Complaint [Doc. 15] requesting a 21-day extension of their deadline to respond to Plaintiff's Complaint. In support, Defendant notes that the parties participated in an in-person mediation of this case on March 16, 2026, but were unable to resolve the case.

Given the failed mediation, Defendants now ask for additional time to prepare a response. Defendants have consulted with counsel for Plaintiff who does not oppose the requested extension. The Court also notes that a scheduling order is not yet in place in this matter.

The Court finds that Defendant has demonstrated good cause for the requested extension and the Motion [Doc. 15] is **GRANTED**. Defendant shall have up to and including **April 9, 2026**, within which to respond to Plaintiff's Complaint.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge